1  Erin R. Ranahan (SBN: 235286)
   *eranahan@winston.com*
2  WINSTON & STRAWN LLP
   333 S. Grand Avenue
3  Los Angeles CA 90071-1543
   Tel:   (213) 615-1700
4  Fax:   (213) 615-1750

5  Attorneys for Movant
   *Dell Inc.*

6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 *In re Third Party Subpoena from*          Case No.
   *Eastern District of Texas:*
12                                            (Eastern District of Texas Case No.
                                              2:14-cv-00762)
13 DELL INC.,
                                              **DELL'S NOTICE OF MOTION AND**
14                  Movant,                   **MOTION TO COMPEL ACACIA TO**
                                              **COMPLY WITH SUBPOENA**
15        vs.
                                              DATE:
16 ACACIA RESEARCH GROUP LLC,                 TIME:
                                              DEPT.:
17                  Respondent.

18                                            Fact Discovery Cutoff:  9/7/15
19                                            Expert Discovery Cutoff: 11/4/15
                                              Pretrial Conference Date: 11/30/15
20                                            Trial Date:  1/11/16

21

22

23

24

25

26

27

28

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

1    TO THE COURT, ACACIA, AND ITS ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that on_____, at _____.m., or

3    as soon as this matter may be heard in Courtroom _____of the United States

4    District Court for the Central District of California, before United States Magistrate

5    Judge _____, Movant Dell Inc. ("Dell" or "Movant") will and hereby does

6    move this Court for an order to compel Acacia Research Group LLC ("Acacia") to

7    comply with Dell's Subpoenas to Produce Documents and a Witness for Deposition as

8    follows:

9       • Produce unredacted versions of the heavily redacted agreements

10        Plaintiffs produced on September 8, 2015 in response to request number

11        2;

12      • Produce all communications with Silicon Image and Apple related to the

13        asserted patents in response to request numbers 4 and 6;

14      • Produce all documents related to Acacia and Silicon Image's activities

15        regarding the asserted patents in response to request numbers 4, 5, 6, 8,

16        16; and

17      • Produce a witness to provide testimony regarding the requests above, 2,

18        4, 5, 6, and topic 10.

19    This Motion is made pursuant to Rules 37 and 45(d)(2)(B)(i) of the Federal

20    Rules of Civil Procedure and Local Rule 37.

21    This Motion is based on this Notice of Motion, the Joint Stipulation of the

22    parties submitted concurrently with this Motion pursuant to Local Rule 37-2, the

23    Declaration of Erin R. Ranahan, the exhibits attached thereto, and upon such oral

24    argument and submissions that may be presented at or before the hearing on this

25    Motion.

26    ///

27    ///

28    ///

**Winston & Strawn LLP**
**333 S. Grand Avenue**
**Los Angeles, CA 90071-1543**

2

NOTICE OF MOTION AND MOTION TO COMPEL ACACIA TO COMPLY WITH SUBPOENA

1    On September 17, 2015 as required by Local Rule 37-1, the parties met and

2  conferred in a good-faith attempt to resolve this dispute.  The parties also met and

3  conferred about these issues on May 28, July 9, and August 5.

4

5  Dated:  October 1, 2015              WINSTON & STRAWN LLP

6

7                                       By:  /s/ *Erin R. Ranahan*

8                                            Erin R. Ranahan
                                            Attorneys for Movant, DELL INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

NOTICE OF MOTION AND MOTION TO COMPEL ACACIA TO COMPLY WITH SUBPOENA