| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Erin R. Ranahan (SBN: 235286)<br>WINSTON & STRAWN LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071-1543<br>(213) 615-1700 / Fax (213) 615-1750<br>Email: eranahan@winston.com<br><br>ATTORNEY(S) FOR: Movant, DELL INC. | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Third Party Subpoena from Eastern District of Texas:*<br><br>DELL INC.<br>                                                        Movant,<br>v.<br><br>ACACIA RESEARCH GROUP LLC,<br><br>                                                        Respondent. | CASE NUMBER:<br><br><br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    DELL INC.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Dell is a privately held corporation and its direct parent company is Denali Intermediate Inc. There is no publicly held corporation owning 10% or more of Denali Intermediate Inc.'s stock. | |

| | |
|---|---|
| October 1, 2015 | /s/ Erin R. Ranahan |
| Date | Signature |
| | Erin R. Ranahan<br>Attorney of record for:<br>Movant, DELL INC. |


American LegalNet, Inc.
www.FormsWorkFlow.com