NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Marc J. Schneider (SBN 214609) / Stephen L. Ram (SBN 240769)
Annie H. Knuth (SBN 278718)
Stradling Yocca Carlson & Rauth, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660
Tel: (949) 725-4000 / Fax: (949) 725-4100
mschneider@sycr.com / sram@sycr.com /
aknuth@sycr.com

ATTORNEY(S) FOR: Respondent Acacia Research Group, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

DELL, INC.

Movant(s),

v.

ACACIA RESEARCH GROUP, LLC

Respondent(s).

CASE NUMBER:
8:15-mc-00025

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO:  THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Acacia Research Group, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Acacia Research Corporation | Corporate Parent |
| Nexus Display Technologies, LLC | Corporate Subsidiary |

October 6, 2015
Date

/s/ Annie H. Knuth
Signature
Annie H. Knuth

Attorney of record for (or name of party appearing in pro per):

Respondent Acacia Research Group, LLC

CV-30 (05/13)    NOTICE OF INTERESTED PARTIES


American LegalNet, Inc.
www.FormsWorkFlow.com