Erin R. Ranahan (SBN: 235286)
*eranahan@winston.com*
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles CA 90071-1543
Tel:   (213) 615-1700
Fax:  (213) 615-1750

Attorneys for Movant
*Dell Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Third Party Subpoena from Eastern District of Texas:*<br><br>DELL INC.,<br><br>　　　　　Movant,<br><br>　　vs.<br><br>ACACIA RESEARCH GROUP LLC,<br><br>　　　　　Respondent. | Case No. 8:15-mc-00025-JVS (DFMx)<br><br>(Eastern District of Texas Case No. 2:14-cv-00762)<br><br>**DELL'S *AMENDED* NOTICE OF MOTION AND MOTION TO COMPEL ACACIA TO COMPLY WITH SUBPOENA**<br><br>Date:　　　10/27/15<br>Time:　　　10:00 a.m.<br>Courtroom: 6B (Santa Ana)<br>Judge:　　　Hon. Douglas F. McCormick |

TO THE COURT, ACACIA, AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 27, 2015 at 10:00 a.m., or as soon as this matter may be heard in Courtroom 6B, 6th Floor of the United States District Court for the Central District of California, located at the Ronald Reagan Federal Building at 411 West Fourth Street, Room 1053 Santa Ana, CA 92701-4516, before United States Magistrate Judge Douglas F. McCormick, Movant Dell Inc. ("Dell" or "Movant") will and hereby does move this Court for an order to compel Acacia Research Group LLC ("Acacia") to comply with Dell's Subpoenas to Produce Documents and a Witness for Deposition as follows:

- Produce unredacted versions of the heavily redacted agreements Acacia produced on September 8, 2015 in response to request number 2;
- Produce all communications with Silicon Image and Apple related to the asserted patents in response to request numbers 4 and 6;
- Produce all documents related to Acacia and Silicon Image's activities regarding the asserted patents in response to request numbers 4, 5, 6, 8, 16; and
- Produce a witness to provide testimony regarding the requests above, 2, 4, 5, 6, and topic 10.

This Motion is made pursuant to Rules 37 and 45(d)(2)(B)(i) of the Federal Rules of Civil Procedure and Local Rule 37.

This Motion is based on this Amended Notice of Motion and Motion, the Joint Stipulation of the parties submitted on October 5 (Dkt. 4) pursuant to Local Rule 37-2, the Amended Declaration of Erin R. Ranahan filed concurrently herewith, the exhibits attached thereto, and upon such oral argument and submissions that may be presented at or before the hearing on this Motion.

///

///

On September 17, 2015 as required by Local Rule 37-1, the parties met and conferred in a good-faith attempt to resolve this dispute.  The parties also met and conferred about these issues on May 28, July 9, and August 5.

Dated:  October 6, 2015     WINSTON & STRAWN LLP

By: /s/ *Erin R. Ranahan*
Erin R. Ranahan
Attorneys for Movant *Dell, Inc.*