Erin R. Ranahan (SBN: 235286)
eranahan@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Attorneys for Movant, Dell, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELL INC., <br><br> MOVANT, <br> v. <br><br> ACACIA RESEARCH GROUP LLC, <br><br> RESPONDENT. | CASE NUMBER: <br> 8:15-mc-00025-JVS (DFMx) <br><br> **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

(1) Application to File Documents Under Seal; (2) [Proposed] Order re Application to File Under Seal; (3) Exhibits B and F to Amended Declaration of Erin Ranahan in Support of Dell's Motion to Compel Acacia to Comply with Subpoena

**Document Description:**

☐ Administrative Record
☒ Exhibits
☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]
☐ Other

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated   12/04/14 (Protective Order, Dkt. 57, Case No. 2:14-cv-00762 (ED.Tx)
☐ Manual Filing required ( *reason* ):

| | |
|---|---|
| October 6, 2015 <br> Date | /s/ Erin R. Ranahan <br> Attorney Name <br> Movant, Dell, Inc. <br> Party Represented |

*Note:*   File one Notice of Manual Filing in each case, each time you manually file document(s).

G-92 (6/12)          **NOTICE OF MANUAL FILING**