Marc J. Schneider (SBN 214609)
  mschneider@sycr.com
Stephen L. Ram (SBN 240769)
  sram@sycr.com
Annie H. Knuth (SBN 278718)
  aknuth@sycr.com
Nancy N. Nguyen (SBN 301677)
  n.nguyen@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, California 92660
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

Attorneys for Non-Party
Acacia Research Group, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| *In re Third Party Subpoena from Eastern District of Texas:*<br><br>DELL INC.,<br><br>          Movant,<br><br>vs.<br><br>ACACIA RESEARCH GROUP LLC,<br><br>          Respondent. | CASE NO.: 8:15-mc-00025-JVS (DFMx)<br><br>(Eastern District of Texas Case No. 2:14-cv-762)<br><br>[Discovery Document: Referred to Hon. Magistrate Judge Douglas F. McCormick]<br><br>**NON-PARTY ACACIA RESEARCH GROUP, LLC's APPLICATION TO FILE UNDER SEAL EXHIBIT 18 TO THE DECLARATION OF ANNIE H. KNUTH IN SUPPORT OF ACACIA'S JOINT STIPULATION RE: DELL, INC.'S MOTION TO COMPEL**<br><br>**Hearing Date**:  Oct. 27, 2015<br>Time:                    10:00 a.m.<br>Courtroom:         6B (Santa Ana) |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
SANTA MONICA

ACACIA'S APPLICATION TO FILE UNDER SEAL
LITIOC/2125721v3/101023-0061

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to Local Rule 79-5.1, the Court's Procedure for Presenting Documents Electronically for Sealing, and the protective order (the "Protective Order") in *Nexus Display Technologies LLC v. Dell Inc.*, pending in the Eastern District of Texas Case No. 2:14-cv-762 (the "Nexus Litigation"), Non-Party Acacia Research Group, LLC ("Acacia") will and hereby does respectfully apply for permission to file a document under seal that is part of Acacia's portion of the parties' Joint Stipulation concerning Movant Dell, Inc.'s ("Movant") requests to compel production of documents and testimony from Acacia.

Acacia files this application because, as detailed below, the document at issue contains information designated as "RESTRICTED—OUTSIDE ATTORNEYS ONLY" under the Protective Order issued in the Nexus Litigation.

## ARGUMENT

Courts have "broad latitude to grant protective orders to prevent disclosure of materials for many types of information, including, but not limited to, trade secrets or other confidential research, development, or commercial information." *Phillips Ex rel. Estates of Bryd v. Gen. Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002) (emphasis in original).  Further, "[w]hen a court grants a protective order for information produced during discovery, it already has determined that 'good cause' exists to protect this information from being disclosed to the public by balancing the needs for discovery against the need for confidentiality." *Id.* at 1213; *Rich v. Hewlett-Packard Co.*, No. C06-03361-JF, 2009 U.S. Dist. LEXIS 64033, at *4 (N.D. Cal. July 20, 2009) (same).

The Protective Order in the Nexus Litigation defines "CONFIDENTIAL INFORMATION" as follows:

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
SANTA MONICA

ACACIA'S APPLICATION TO FILE UNDER SEAL
LITIOC/2125721v3/101023-0061

> all information or material produced for or disclosed in connection with these Actions to a receiving party that a producing party, including any party to these Actions and any non-party producing information or material voluntarily or pursuant to a subpoena or a court order in connection with these Actions, considers to compromise confidential technical, sales, marketing, financial, or other commercially sensitive information, whether embodied in physical objects, documents, or the factual knowledge of persons, and which has been so designated by the producing party . . . .

(Declaration of Annie H. Knuth ("Knuth Decl."), Ex. A ¶ 4.) The Protective Order further permits a party or non-party to designate material as "RESTRICTED—OUTSIDE ATTORNEYS' EYES ONLY … [t]o the extent a producing Party believes that certain Protected Material qualifying to be designated CONFIDENTIAL is so sensitive that its dissemination deserves even further limitation." (Knuth Decl., Ex. A ¶ 9.)

     Good cause exists to permit Acacia to file under seal Exhibit 18 to the Declaration of Annie H. Knuth in support of Acacia's Joint Stipulation re Motion to Compel (the "Cisco Agreement"). The Cisco Agreement is a copy of the redacted document as produced to Movant, which Acacia designated as "RESTRICTED—OUTSIDE ATTORNEYS' EYES ONLY" under the Protective Order. Further, the Cisco Agreement contains highly confidential business and proprietary information. The Cisco Agreement itself contains an express confidentiality provision to limit its disclosure, which reflects the parties' mutual, contemporaneous belief and understanding of the confidential and proprietary information contained in the agreement. (Cisco Agreement § 7.2.)

///
///
///
///
///
///

- 1 -
ACACIA'S APPLICATION TO FILE UNDER SEAL

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
SANTA MONICA

LITIOC/2125721v3/101023-0061

## CONCLUSION

Given the existence of the Protective Order in the Nexus Litigation and Acacia's designation of information pursuant to the Protective Order, Acacia respectfully requests that the Court grant its application to file the Cisco Agreement, attached as **Exhibit 18** to the Declaration of Annie H. Knuth in support of Acacia's Joint Stipulation, under seal.

DATED: October 7, 2015

STRADLING YOCCA CARLSON & RAUTH, P.C.

By: */s/ Annie H. Knuth*
Marc J. Schneider
Stephen L. Ram
Annie H. Knuth
Nancy N. Nguyen
Attorneys for Non-Party Acacia Research Group, LLC

- 2 -
ACACIA'S APPLICATION TO FILE UNDER SEAL
LITIOC/2125721v3/101023-0061

CONCLUSION heading...

## CONCLUSION

Given the existence of the Protective Order in the Nexus Litigation and Acacia's designation of information pursuant to the Protective Order, Acacia respectfully requests that the Court grant its application to file the Cisco Agreement, attached as **Exhibit 18** to the Declaration of Annie H. Knuth in support of Acacia's Joint Stipulation, under seal.

DATED: October 7, 2015

STRADLING YOCCA CARLSON & RAUTH, P.C.

By: */s/ Annie H. Knuth*
Marc J. Schneider
Stephen L. Ram
Annie H. Knuth
Nancy N. Nguyen
Attorneys for Non-Party Acacia Research Group, LLC

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
SANTA MONICA